2-27-2021

To whom it may concern,

First and foremost, I would like to thank you for taking the time out of your day to read this letter. My name is Jazmine Tullis and I'm writing this letter as a concerned niece of my uncle Larry G. Adams Jr. #44435-039. My uncle's absence/incarceration has been extremely hard on my family as a whole. We already have a small family, but things began to go downhill once his prison sentence began. My Great-Great Grandmother passed away in 2012 which was very hard on my family especially my Great-Grandfather and Grandmother. With her passing & my uncle's incarceration, our family felt a void that has yet been filled. My Great-Grandfather fell ill years later. When I would visit my Grandfather, he would always say, "I'm waiting on Junnie (my uncle's nickname)". My grandfather passed away in 2019 which broke my heart. During this time, I've seen a drastic decline in my Grandmother (my mother & Larry's mother). I fear that she will continue to decline physically, emotionally, and mentally. Being that our family mostly consist of female, my uncle was a strong part of the glue that held us together. My uncle has missed so much including graduations, new beginnings, and the

birth of his grandchildren. My mother, Larry's only sister, has been affected by his absense as well. She's a RN casemanager/ travel nurse. Once the COVID-19 pandemic, I've been extremely worried about her as a front line worker. When I heard the news of my uncle Larry testing positive for COVID-19, my heart dropped. We've already lost significant members of our family and I couldn't stand the thought of anything else happening to anyone else. He has pre-existing health issues and I fear the possibility of him contracting the virus again.

I sense a positive change in my uncle. As a Social Worker, my uncle has the protective factors he needs for a successful re-entry. Such as: stable housing options, strong support network, resilience, community resources, great social skills, and a desire to get in the work force. He has expressed his desire for a fresh start as he re-enters life beyond prison. He has expressed excitement to get to know his grandchildren and continue relationships w/ the rest of our family. My grandmother needs him. His children, grandchildren, nieces/nephews need him. My mother needs him. I need him. Although I don't excuse his past behavior & reason for incarceration, I believe 10+ years and a global pandemic, lost of loved ones, etc. has been a significant reason for positive change as well as a reason to move forward w/o

regression. So much has changed, but the only thing that remains the same is the love I have for my uncle.

I am asking with a pleading heart that you consider an early / compassionate release for my uncle. Thanks again for reading my letter. I hope this letter finds you in good health & wellbeing.

Best,

Jazmine M. Tubbs